IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-00030-01-CR-W-GAF |
| ) | |
| NICHOLAS MARTELL McGINNIE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Statements (Doc. #18). Defendant moves the Court to suppress the custodial statement made on January 3, 2013.

On May 1, 2013, Judge Larsen issued his Report and Recommendation (Doc. #29). No Objections to the Report and Recommendation of United States Magistrate have been filed.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Statements (Doc. #18) is GRANTED.

SO ORDERED.

GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 21, 2013